GURCZAK *v.* HUTTER.

[No. 19,518.   Filed March 12, 1963.   Rehearing denied
April 16, 1963.   Transfer denied May 25, 1964.]

*William E. Mills,* of South Bend and *Chipman &
Chipman,* of Plymouth, for appellant.

*David L. Matthews, George T. Patton* and *Robert L.
Stephan,* all of South Bend, for appellee.

PER CURIAM.—The petition to transfer is denied.  By
doing so, we do not necessarily agree with all the state-
ments of the Appellate Court opinion.

NOTE.—Reported in 198 N. E. 2d 610.